IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES MARQUEZ and KENNEDY DIXON, *individually and on behalf of others similarly situated*, Plaintiffs, | ) ) ) ) ) | |
| v. | ) | CIVIL ACTION NO. 17-00060-CG-N |
| GNS & ASSOCIATES, INC., *et al.* Defendants. | ) ) ) | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated June 27, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the remainder of the Plaintiffs' motion to remand (Doc. 18) not previously disposed of (*see* Doc. 31) is **GRANTED** and that this case be **REMANDED** to the Circuit Court of Mobile County, Alabama, under 28 U.S.C. § 1447(c).

**DONE** and **ORDERED** this 5th day of October, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE